```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, #257570
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    SILVERIO VEGA-MALDONADO
 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:09-CR-0028 FCD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) Date: March 23, 2009<br>) Time: 10:00 a.m. |
| SILVERIO VEGA-MALDONADO, | ) Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, Michael Anderson, Assistant United States Attorney, and Lauren Cusick, Assistant Federal Defender, attorney for Mr. Vega-Maldonado, that the Court should vacate the status conference scheduled for March 23, 2009, at 10:00 a.m., and set the new date of May 4, 2009, at 10:00 a.m., for status conference.

It is further stipulated between the parties that the Court should exclude the period beginning March 23, 2009, through May 4, 2009, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Vega-

STIPULATION AND ORDER                    1

Maldonado's request for a continuance outweigh the best interest of the public and Mr. Vega-Maldonado in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: March 20, 2009          Respectfully submitted,

                               DANIEL BRODERICK
                               Federal Defender

                               /s/ Lauren Cusick
                               _____
                               LAUREN CUSICK
                               Assistant Federal Defender
                               Attorney for Silverio Vega-Maldonado


Dated: March 20, 2009          LAWRENCE G. BROWN
                               Acting United States Attorney

                               /s/ Lauren Cusick for Mr. Anderson
                                  (by consent via email)
                               _____
                               MICHAEL ANDERSON
                               Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**

DATED: March 20, 2009          _____
                               FRANK C. DAMRELL, JR.
                               UNITED STATES DISTRICT JUDGE