```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, #257570
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    SILVERIO VEGA-MALDONADO
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:09-CR-0028 FCD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) Date: June 1, 2009 <br> ) Time: 10:00 a.m. |
| SILVERIO VEGA-MALDONADO, | ) Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, Michael Anderson, Assistant United States Attorney, and Lauren Cusick, Assistant Federal Defender, attorney for Mr. Vega-Maldonado, that the status conference scheduled for May 4, 2009, at 10:00 a.m. be vacated and continued to June 1, 2009, at 10:00 a.m.

It is further stipulated between the parties that the Court should exclude time from the period beginning from the date of this order through June 1, 2009, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Vega-Maldonado's request for a continuance outweigh the best interest of the public and Mr. Vega-Maldonado in a

speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: April 30, 2009                    Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender

                                         /s/ Lauren Cusick
                                         _____
                                         LAUREN CUSICK
                                         Assistant Federal Defender
                                         Attorney for Silverio Vega-Maldonado


Dated: April 30, 2009                    LAWRENCE G. BROWN
                                         Acting United States Attorney

                                         /s/ Lauren Cusick for Mr. Anderson
                                             (by consent via email)
                                         _____
                                         MICHAEL ANDERSON
                                         Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**

DATED: April 30, 2009
                                         _____
                                         FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE