1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN CUSICK, #257570
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   SILVERIO VEGA-MALDONADO
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    ) No. 2:09-CR-0028 FCD
                                )
11              Plaintiff,      ) STIPULATION AND ORDER
                                )
12      v.                      ) Date:  July 13, 2009
                                ) Time:  10:00 a.m.
13 SILVERIO VEGA-MALDONADO,     ) Judge: Hon. Frank C. Damrell, Jr.
                                )
14              Defendant.      )
   _____)
15

16      IT IS HEREBY STIPULATED by the parties, through their respective

17 counsel, Michael Anderson, Assistant United States Attorney, and Lauren

18 Cusick, Assistant Federal Defender, attorney for Mr. Vega-Maldonado,

19 that the status conference scheduled for June 1, 2009, at 10:00 a.m. be

20 vacated and continued to July 13, 2009, at 10:00 a.m.

21      It is further stipulated between the parties that the Court should

22 exclude time from the period beginning from the date of this order

23 through July 13, 2009, when it computes the time within which the trial

24 of the above criminal prosecution must commence for purposes of the

25 Speedy Trial Act.  The parties stipulate that the ends of justice

26 served by granting Mr. Vega-Maldonado's request for a continuance

27

28 STIPULATION AND ORDER                  1                      09-CR-28 FCD

1 | outweigh the best interest of the public and Mr. Vega-Maldonado in a
2 | speedy trial, and that this is an appropriate exclusion of time for
3 | defense preparation within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv)
4 | (Local Code T4).

Dated: May 28, 2009                Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ Lauren Cusick
                                   _____
                                   LAUREN CUSICK
                                   Assistant Federal Defender
                                   Attorney for Silverio Vega-Maldonado


Dated: May 28, 2009                LAWRENCE G. BROWN
                                   Acting United States Attorney

                                   /s/ Lauren Cusick for Mr. Anderson
                                      (by consent via email)
                                   _____
                                   MICHAEL ANDERSON
                                   Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**

DATED: May 28, 2009
                                   _____
                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE