```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  MICHAEL D. ANDERSON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7          IN THE UNITED STATES DISTRICT COURT FOR THE
 8                  EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )  No. CR S-09-028 FCD
                                 )
11              Plaintiff,       )  ORDER TO DISMISS INDICTMENT
                                 )
12       v.                      )
                                 )
13  SILVERIO VEGA-MALDONADO,     )
                                 )
14              Defendant.       )
    _____)
15
16       The United States Attorney's Office, pursuant to Rule 48(a)
17  of the Federal Rules of Criminal Procedure, hereby moves to
18  dismiss the indictment against SILVERIO VEGA-MALDONADO without
19  prejudice in the interest of justice.  I have spoken with defense
20  counsel in this case, Lauren Cusick, and she stated that she has
21  no objection to this motion.
22
23  DATED: September 14, 2009         Respectfully submitted,
24                                    LAWRENCE G. BROWN
                                      United States Attorney
25
26                                By:  /s/ Michael D. Anderson
                                      MICHAEL D. ANDERSON
27                                    Assistant U.S. Attorney
28
```

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in the above captioned case be dismissed against defendant SILVERIO VEGA-MALDONADO without prejudice in the interest of justice.

DATED: September 14, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE